BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| Samai Kaysena,<br><br>    Plaintiff,<br><br>    v.<br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | Civ. No. 12-cv-01291-AWI-SKO<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE THE ADMINISTRATIVE RECORD** |

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have until February 25, 2013 to file the administrative record. This extension is requested because Defendant needs more time to produce the transcript, will be on leave from December 20, 2012, to January 14, 2013, and will have a heavy backload after coming back from leave.

        Respectfully submitted,

/s/ Sengthiene Bosavanh *
SENGTHIENE BOSAVANH
Plaintiff's Attorney
* by Armand Roth by authorization of 12/18/12

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

Dated: December 18, 2012    /s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **December 19, 2012**      **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2