Sengthiene Bosavanh, Esq. #249801
Milam Law, Inc.
2325 El Camino Ave
Sacramento, CA 95821
(916) 486-4245
Fax: 916-480-1205

Attorney for Plaintiff, Samai Kaysena

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMAI KAYSENA,**<br><br>     Plaintiff,<br><br>     v.<br><br>**MICHAEL J. ASTRUE**<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | No.  1:12-cv-01291-AWI-SKO<br><br>**STIPULATION AND  ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel that, subject to the approval of the Court, Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND dollars and 00/100 cents ($6,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

   This stipulation constitutes a compromise settlement of Plaintiffs request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of SIX THOUSAND dollars and 00/100 cents ($6,000.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be delivered to Plaintiff's counsel.

   This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

                                        Respectfully submitted,

Dated: June 12, 2014           */s/ Sengthiene Bosavanh*
                                        (As authorized via email)
                                        SENGTHIENE BOSAVANH
                                        Attorney for Plaintiff

1

1
2   Date: June 12, 2014                          BENJAMIN B. WAGNER
                                                 United States Attorney
3                                                DONNA L. CALVERT
                                                 Regional Chief Counsel, Region IX
4                                                Social Security Administration

5                                                */s/ Armand D. Roth*
                                                 (As authorized via email)
6                                                ARMAND D. ROTH
                                                 Special Assistant U.S. Attorney
7                                                Attorneys for Defendant

8                                  **ORDER**

    **APPROVED AND SO ORDERED:**
9
10
11  IT IS SO ORDERED.
12
    Dated:   June 13, 2014                       _____
13                                                   SENIOR  DISTRICT  JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                        2